**Opinion issued September 25, 2018**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-18-00801-CR

_____

## IN RE PATRICK LEE CAMPBELL, JR., Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Patrick Lee Campbell, Jr., has filed a petition for writ of mandamus requesting that this Court compel the trial court to rule on relator's post-conviction motion for forensic DNA testing and his related motion for appointment of counsel.[1] We deny the petition.

---

[1]  The underlying case is *State of Texas v. Patrick Lee Campbell, Jr.,* cause number 10CR3689 in the 122nd District Court of Galveston County, Texas, the Honorable John Ellisor presiding.

**PER CURIAM**

Panel consists of Justices Keyes, Bland, and Lloyd.

Do not publish. TEX. R. APP. P. 47.2(b).